IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHELIA HIESTER** | : |
| *Plaintiff(s)* | : |
| | : |
| v. | : CIVIL NO. 22-4513 |
| | : |
| **LINCOLN NATIONAL LIFE INS. CO.** | : |
| *Defendant(s)* | : |

## O R D E R

**AND NOW,** this    day of            , having been reported that the issues among the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, with each party to bear its own costs and fees.

*s/Susan Flaherty*
**SUSAN FLAHERTY**
Courtroom Deputy to the
Honorable Kai N. Scott
United States District Court Judge

**Date: June 13, 2023**
**Copies sent via ECF Notice.**